At the 1-800-404-US-347, I am a regent, please call me Mr. Scott Johnson. It is my pleasure to greet you, Your Honor. This is a non-fame officer, while serving with district court care, until he ran officer's office, all of that being, the district court was charged, Your Honor, with incursion into the service center, propensity, improper conduct, and immunity analysis, and to his opposition, I would like to call upon Mr. Dennis Preston. In Section 1983, it changes the court's responsibility is to evaluate the facts in the light of state or federal law, Your Honor, in the perspective of a reasonable officer, who runs any of these cases. If they have, and should have, had no alternative, then pardon my language, Your Honor, or should have included the names of people on the stage, or in particular, the law regarding the state laws of these cases. So, you know, in all these law-enforcement-related cases, I've read the facts of these cases. Here, as you said, all of the plaintiffs' cases, I'm sure you have too, and it makes me really grateful to join the city's team as it wasn't a law-enforcement administration, I was simply able to express myself around those recurring concerns, Your Honor. I'm sorry, Your Honor, it's complicated. I'd like to try to be brief, Your Honor. Okay, Your Honor. Thank you, Your Honor. Thank you, Your Honor. And also, there is no mention of the whole issue that Mr. Thompson's interview did not touch. Did he always have any probable cause at all? Okay, well, when you talk about this case, I'm sure you're okay with it, Your Honor. And what does he do? He puts two days in the morning and he starts on 6th Avenue or 6th and 6th Street and he goes to the 6th and 6th Street Plaintiff's and he's like, Your Honor, who's that 6th and 7th and 8th? Okay, and he gets there on the 8th, 6th, 7th, 8th, and 6th Street Plaintiff's. And then you look at his final situation, Your Honor, who's that voice? What does he mean by that? Well, he's screaming, yelling and profanity. And then all you could see in the city's video tape was probably just a handful of other domestic issues. And I don't think he was as pessimistic as I was, but I mean, I was rather concerned. And he was concerned. And he was encouraged to walk in front of the door. And he had a very subtle and harsh decision. He walked in front of the door? He walked in front of the door. He walked in front of the door? So it's an absolutely valid and false decision. But he didn't do that? Well, no, because he was walking into the door to watch what was going on. And there are people in this situation. So he is walking to the front door and then all of a sudden he walks over and he screams. So he begins jumping on his knees and starts turning towards that direction to address the person who came in the wrong direction. Now, I understand what you're saying. But these verses, I don't think it's anything relevant because he's walking towards you in the front of a cell. And at that point, he sees you walking out of the kitchen with your children. And I think that, yes, reasonable decision to be hesitating was a very wrong decision. Well, I'm glad you agree. And I don't want to try and backstab you and all of those things, too. But you know, these are hard decisions to make. So raise your voices. Raise your voices. Let the truth be spoken for you. And let the truth be spoken for you. And let the truth be spoken for you. Thank you, Professor. I don't know if we have time for any final comments. But this is not an occasion to investigate what could be a potential felony going on. It's just your sense. We're going to speed up the anticipation of walking out of the kitchen with each other in front of you. We're going to be patient with each other and we're going to try to make sure that we're trying to understand each other's human lives and what else we are distributing and communicating. So I don't want to see a problem with the officer approaching or somebody approaching you, but I don't want to see you cry. And Mr. Dix, you know, I don't want to see you cry. And I don't know what else to do. She's got a salt plate. I'll tell you what Mr. Dix is. Mr. Dix is a, is a, he's a, he's a surrounds you. He's got a gun pointed at you. And this is what he's looking for. He's looking for a gun. He's looking for a gun. He's looking for a gun. He's looking for a gun. That's me now. And let me remind you that all of you are CSU students. And if anyone is calling me right now, just get them on a calling breach, use easypass, conceal, you can always see Mr. Dix. And don't worry, he stays there. But don't worry he always stays there вр until you get back, okay? And it's always very dangerous. If you need to be coming out of the car, it's because they изучined it. They changed the situation  with a driver who comes out all the time that, whether it's their wife or whether it's someone that sees the person on the line. He doesn't have to talk to you about certain conditions in your vehicle and so on and so forth. He intends to talk to you. He is, um, the best I can give you is that they have taken care in what I'm supposed to say is a piece of evidence, right? So he's denying that you can't shoot him. So he's denying it now. And the definition is that nothing can go wrong or anything can crash you. And then he changes his position without you being sure. So he was waiting to see you now. He moved and pointed outward from the distances. So what Dix did is he stood up and he came up to you. Now I'm speaking in lower voices. So he stood up and pointed at my vehicle. He's a very symbiotic person. So he's talking to you and he's doing what he's supposed to and the gun was aimed at the officer's arm. He did this. This is how he did this. He pointed at the orders and he raised his arms and he said, I see the gun. He said, I see the gun. And then he put it on top and he was pointing at me. So he received and he looked at me and he said, I don't think so. I'm a police officer. I'm a police officer. And he pointed at me and he received his gun And he pointed at me and then he put it in his pocket  the officer pointed at him   The police officer he pointed at him and he said, this is a potential task. This is a potential in your direction and we simply can't respond to these reports and the chances of not being hired all over the city and county are low. And you have increasing cases on the courts. I'll tell you why these reports versus yours or the court if you told me in the direction he's reasonably hired. So, he said, this year I've heard their reports because there are reports that the officer actually sees you and you as students in this city so far he's actually at the bottom of the large door which is a cell now and he's actually looking at the lights and he's wondering if you are sure that you are in some of these cell s  he's looking at the lights and he's wondering if you are in a cell and he is wondering if you are in a cell  he is wondering about the lights and it is a six D S R and M Okay I just wanted to show you a little bit about the light and it is a six D S R and M Okay I just wanted to show you a little bit about the lights and little bit about the  and it is a
judges: Noonan, Wardlaw, Paez